# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. VIJAY B. CHANWALA, Defendant. | PO-19-05004-GF-JTJ <br><br> VIOLATION: 6564615 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 6564615 (for a total of $70), and for good cause shown,

IT IS ORDERED that the $70 fine ($40 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564615.

IT IS FURTHER ORDERED that the bench trial scheduled for April 4, 2019, is VACATED.

DATED this 1st day of April, 2019.

_____
John Johnston
United States Magistrate Judge